Ira J. Kurzban (CA SBN 71563)
ira@kktplaw.com
Kurzban, Kurzban, Tetzeli & Pratt P.A.
131 Madeira Avenue
Coral Gables, Florida 33134
Tel. (305) 444-0060
Fax. (305) 444-3503

*Attorney for Plaintiff*

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
EKTA DHARIA (NYRN 5219860)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7276
Fax: (415) 436-6748
ekta.dharia@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Behring Capital LLC, <br><br> Plaintiff, <br><br> v. <br><br> United States Citizenship and Immigration Services, <br><br> Defendant. | Case No.: 24-cv-2566-TLT <br><br> **STIPULATION OF DISMISSAL** |

The parties hereby stipulate to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs, expenses, and fees.

Dated: September 18, 2024

/s/ Ira J. Kurzban
IRA KURZBAN
ira@kktplaw.com
KURZBAN KURZBAN

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ Ekta Dharia

1

STIPULATION OF VOLUNTARY DISMISSAL

| | |
|---|---|
| TETZELI & PRATT, P.A.<br>131 Madeira Avenue<br>Coral Gables, Florida 33134<br>Tel:   (305) 444-0060<br>Fax:  (305) 444-3503<br><br>*Attorney for Plaintiff* | EKTA DHARIA<br>Assistant United States Attorney<br>450 Golden Gate Avenue<br>San Francisco, California 94102<br>Telephone: (415) 436-7276<br>Fax: (415) 436-6748<br>ekta.dharia@usdoj.gov<br><br>*Attorneys for Defendant* |